IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                                  No. CV 16-0685 JB/LAM
                                                        No. CR 08-02573 JB

REGINALD LAMONT HALL,

    Defendant/Movant.

**ORDER LIFTING STAY AND DIRECTING THE PARTIES TO CONFER
AND FILE A JOINT STATEMENT IN LIGHT OF *BECKLES***

**THIS MATTER** is before the Court *sua sponte* under Rule 4 of the Rules Governing Section 2255 Proceedings in light of the U.S. Supreme Court's ruling in *Beckles v. United States,* 580 U.S. ___, No. 15-8544, slip op (March 6, 2017). Defendant/Movant, Reginald Lamont Hall, has filed a motion pursuant to 28 U.S.C. § 2255 claiming that he improperly received an enhanced sentence as a career offender under the United States Sentencing Guidelines because the residual clause of USSG § 4B1.2 is unconstitutionally vague under the reasoning in *Johnson v. United States,* 576 U.S. ___, 135 S.Ct. 2551 (2015). See (*CV Doc 1; CR Doc. 47*). Plaintiff/Respondent United States of America responded and requested a stay of proceedings, raising the *Beckles* issue, which was granted by the Court. See (*CV Docs. 7, 10, 11; CR Docs. 51, 55, 56*). In *Beckles*, the Supreme Court held that the United States Sentencing Guidelines are not subject to a void-for-vagueness challenge. 580 U.S. ___, No. 15-8544, slip op at 5.

    The Court will lift the stay and direct the parties to confer on the question of whether the Supreme Court's ruling in *Beckles* is dispositive of all issues raised in this § 2255 proceeding,

and to file a joint statement advising the Court of the results of their conference. If either party contends that *Beckles* does not dispose of all issues, the statement shall identify the issue or issues that remain for determination by the Court after *Beckles* and the party raising the remaining issue or issues. The parties shall confer and file the joint statement **within fourteen days of entry of this Order**. **If neither party claims that any issues remain for adjudication following *Beckles*, the Court will enter an Order dismissing this § 2255 proceeding.** If the parties contend that issues still remain for determination, the Court will enter an order setting a schedule for supplemental briefing.

    **IT IS THEREFORE ORDERED** that the stay in this case is hereby **LIFTED**.

    **IT IS FURTHER ORDERED** that the parties shall confer on the question of whether the Supreme Court's ruling in *Beckles* is dispositive of all issues raised in this § 2255 proceeding, and shall file a joint statement advising the Court of the results of their conference **within fourteen (14) days of entry of this Order**.

    **IT IS SO ORDERED.**

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**